UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AUSTIN DANGER ELLISON-MEADE,<br>Defendant. | Case No. 8:22-CR-00094-JWH<br>**MONEY JUDGMENT OF FORFEITURE**<br>SENTENCING DATE: 2/21/2025<br>2:00 P.M. |

Based upon Defendant AUSTIN DANGER ELLISON-MEADE's plea agreement (docket no. 37) and guilty plea to Count Three of the Indictment, the United States has requested entry of a Money Judgment of Forfeiture against Defendant in the amount of $2,938,578 pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Good cause appearing,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant shall forfeit to the United States the sum of $2,938,578 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Defendant shall be liable for the entire amount of the judgment.

2. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. Pursuant to Rule 32.2(b)(3), this Money Judgment of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment and commitment order.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Judgment to include property subject to forfeiture located and identified after the date of this order, or to substitute property having a value not to exceed $2,938,578 to satisfy this judgment in whole or part.

**IT IS SO ORDERED.**

March 7, 2025
DATED

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE